**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, P.A..,<br><br>    Plaintiff,<br><br>vs.<br><br>Zurich Insurance Company, et al.,<br><br>    Defendants. | No. CIV 05-1335-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion and Amended Stipulation to Dismiss with Prejudice [Dkt. #26]. Good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Joint Motion and Amended Stipulation to Dismiss with Prejudice [Dkt. #26] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 4th day of May, 2007.

Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28